United States District Court
Southern District of Texas
**ENTERED**
June 07, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| JOSH LIMAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-176 |
| § | |
| RDO EQUIPMENT CO., § | |
| § | |
| Defendant. § | |

**ORDER**

On May 20, 2021, Plaintiff Josh Limas filed his Unopposed Motion to Dismiss Plaintiff's Claims Against Defendant with Prejudice (Dkt. 12). The motion (Dkt. 12) certifies that Defendant RDO Equipment Co. is unopposed to dismissing the case with prejudice and to have "all costs of Court be taxed against the party incurring same." (*Id.* at 2–3.) Because the motion (Dkt. 12) is unopposed, and under the Court's authority pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court concludes that the case should be dismissed.

For the foregoing reasons, Plaintiff's Unopposed Motion to Dismiss (Dkt. 12) is hereby GRANTED, and the case is hereby DISMISSED WITH PREJUDICE. Defendant's pending Motion to Dismiss (Dkt. 6) is therefore DENIED AS MOOT. The Clerk of Court is further DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 7th day of June, 2021.

_____
Diana Saldaña
United States District Judge